**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KIMBERLY HARRIS, )<br>)<br>Plaintiff, )<br>)             Civil Action No. 11-1228<br>v. )<br>)             **ELECTRONICALLY FILED**<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | |

### ORDER OF COURT

AND NOW, this 26th day of March, 2012, in accordance with the foregoing Memorandum Opinion,

IT IS HEREBY ORDERED that Defendant Commissioner of Social Security's Motion for Summary Judgment [10] is GRANTED, and the decision of the Commissioner of Social Security is AFFIRMED, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

IT IS FURTHER ORDERED that the final judgment of this court is entered in favor of Defendant Commissioner of Social Security pursuant to Rule 58 of the Federal Rules of Civil Procedure.

*s/ Arthur J. Schwab*<br>
Arthur J. Schwab<br>
United States District Judge

cc/ecf: All counsel of record.