**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

KIMBERLY HARRIS,            )
                                  )
             Plaintiff,      )
                                  )       Civil Action No. 11-1228
          v.             )
                                  )       **ELECTRONICALLY FILED**
MICHAEL J. ASTRUE,        )
Commissioner of Social Security,  )
                                  )
            Defendant.    )

## <u>ORDER OF COURT</u>

AND NOW, this 26th day of March, 2012, in accordance with the foregoing

Memorandum Opinion,

IT IS HEREBY ORDERED that Defendant Commissioner of Social Security's Motion

for Summary Judgment [10] is GRANTED, and the decision of the Commissioner of Social

Security is AFFIRMED, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

IT IS FURTHER ORDERED that the final judgment of this court is entered in favor of

Defendant Commissioner of Social Security pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

*s/ Arthur J. Schwab*
Arthur J. Schwab
United States District Judge

cc/ecf:  All counsel of record.